Appeal No. 77-217.   ALDO AIUDI *v.* JOSEPH BAILLARGEON *et al.* Appellee's motion to dismiss the appeal is granted without prejudice to the right of appellant to file a petition for writ of certiorari.

Mr. Chief Justice Bevilacqua did not participate. *Stephen E. Cicilline*, for appellant. *Aram P. Jarret, Jr.*, Assistant City Solicitor, for appellees.

Appeal No. 77-416.   STATE *v.* NATIONAL SERVICE ASSOCIATES, INC. *d/b/a* MEDICAL CLEARING BUREAU. Treating the respondent's motion to affirm pursuant to Rule 16(g) as a motion to dismiss state's appeal, said motion to dismiss is hereby granted. *Julius C. Michaelson*, Attorney General, *Gregory L. Benik*, Special Assistant Attorney General, for petitioner. *Aram A. Arabian*, for respondent.